**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**John Nasky OKONKWO, Defendant–Appellant.**

**Nos. 11–40900, 11–40901**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Sept. 28, 2012.

Christopher Tony Tortorice, Assistant U.S. Attorney, U.S. Attorney's Office, Tyler, TX, for Plaintiff–Appellee.

Ronald Christopher Green, Green Firm, L.L.P., Houston, TX, for Defendant–Appellant.

Before KING, CLEMENT, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent John Nasky Okonkwo has moved for leave

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Okonkwo has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Okonkwo's response. We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review. Ac-

the limited circumstances set forth in 5TH CIR.

cordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.